**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 08-1987**

─────────

ROCK JORDAN,

                Plaintiff - Appellant,

     v.

PRINCE WILLIAM COUNTY, VIRGINIA,

                Defendant - Appellee.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, District Judge.  (1:08-cv-00089-LO-TRJ)

─────────

Submitted:  March 20, 2009         Decided:  June 3, 2009

─────────

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Alan S. Shachter, Manassas, Virginia, for Appellant.  Ross G. Horton, County Attorney, Megan E. Kelly, Assistant County Attorney, Prince William, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rock Jordan appeals the district court's order granting summary judgment to the County of Prince William, Virginia, and denying summary judgment to Jordan on Jordan's 42 U.S.C. § 1983 (2000) complaint alleging due process violations in conjunction with his termination from employment with the County of Prince William.

Finding the County's pre-termination and post-termination hearing procedures satisfied due process requirements in light of Cleveland Bd. of Educ. v. Loudermill, 470 U.S. 532 (1985), and Linton v. Frederick County Bd. of County Comm'r, 964 F.2d 1436 (4th Cir. 1992), we affirm for the reasons stated by the district court. Jordan v. Prince William County, Virginia, No. 1:08-cv-00089-LO-TRJ (E.D. Va. July 7, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED